```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
EMIL GODING,                                                :
                                                            :
                              Petitioner,                   :     20-CV-6390 (AJN) (OTW)
                                                            :
              -against-                                     :     ORDER
                                                            :
MICHAEL CAPRA, Superintendent, Sing Sing                    :
Correctional Facility,                                      :
                                                            :
                              Respondent.                   :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

Respondent filed his opposition to Petitioner's habeas petition on October 14, 2020. (ECF 9-11). In the Court's August 17, 2020 scheduling order, Petitioner was given until November 13, 2020 to file a reply to Respondent's opposition. (ECF 5). To date, Petitioner, proceeding *pro se*, has not filed a reply.

Petitioner shall file his reply, if any, by **August 13, 2021**. If Petitioner does not file a reply by then, or move the Court for an adjournment for good cause, the undersigned may issue a report & recommendation on the petition based on the submitted papers, without consideration of a reply by Petitioner.

The Clerk of Court is respectfully directed to mail a copy of this Order and ECF 9-11 to Petitioner and note mailing on the docket.

**SO ORDERED.**

Dated: June 29, 2021
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge